**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

KEVIN LEE THOMAS                                                                                           PLAINTIFF

v.                                              No. 5:17CV00049-JLH

SCOTT WILLIAMS, Sheriff,
McGehee Jail; *et al.*                                                                                      DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ORDERED this 30th day of March, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE